DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES P. MEJIA,**
Appellant,

v.

**ROSA B. MEJIA,**
Appellee.

No. 4D2025-0336

[December 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine Carbuccia, Judge; L.T. Case No. FMCE18-005173 (40).

James P. Mejia, Villa Olga, Santiago de los caballeros, Dominican Republic, pro se.

Hugo A. Rodriguez of The Law Offices of H.A. Rodriguez, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***